# Court of Appeals
# of the State of Georgia

ATLANTA, November 06, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0353.  SUPREME AUTOMOTIVE TIRES & WHEELS, LLC v. JEFF BARRETT.**

Upon the trial of this matter, the parties submitted a proposed a consent order, which was entered by the trial court on August 7, 2013.  The order required Supreme Automotive Tires & Wheels, LLC to pay to Jeff Barrett a principal amount of $13,000, over a specified period of time.  Supreme Automotive Tires & Wheels LLC filed a direct appeal from the consent order.  We lack jurisdiction.

The trial court's order is not a final order.  It did not provide that the action was dismissed nor did it enter judgment in Jeff Barrett's favor pending compliance with the terms of the parties' settlement.  Rather, it expressly stated that it would enter judgment in Barrett's favor if Supreme Automotive Tires & Wheels LLC failed to make the payments required, or in the alternative, would dismiss the case with prejudice once all payments were made.

Because the order is not a final order, appellant should have followed the interlocutory appeal procedure.  See OCGA § 5-6-34 (b).  The appellant's failure to do so deprives this Court of jurisdiction to consider the appeal, which is therefore *DISMISSED*.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/06/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*